# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 21, 2009

137215

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
            Plaintiff-Appellee,

v

JASON SCOTT NEU,
            Defendant-Appellant.

SC: 137215
COA: 285355
Wayne CC: 07-005489-FH

_____/

On order of the Court, the application for leave to appeal the July 9, 2008 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

HATHAWAY, J., not participating because she was the trial judge.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 21, 2009

_____
Clerk